IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Craishaun L. Nickens,<br><br>        Plaintiff,<br><br>v.<br><br>Tasha Wilson, *Bamberg County Detention Center*,<br><br>        Defendants. | C/A No. 0:17-cv-00031-TLW<br><br>**ORDER** |

  Plaintiff Craishaun L. Nickens, a pre-trial detainee proceeding *pro se* and *in forma pauperis*, filed this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. ECF No. 1. The matter now comes before this Court for review of a Report and Recommendation (R&R) filed by Magistrate Judge Gossett, ECF No. 8, to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint without prejudice and without issuance and service of process. ECF No. 8. Objections to the R&R were due on February 2, 2017, and Plaintiff has not filed objections.

  This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199–200 (4th Cir. 1983).

This Court carefully reviewed the R&R in this case. Noting that Plaintiff filed no objections, the R&R, ECF No. 8, is hereby **ACCEPTED**. The Court also notes that the standard for a claim of deliberate indifference to a serious medical need is the same for pretrial detainees under the Fourteenth Amendment as it is for prisoners under the Eighth Amendment. *See Brown v. Harris,* 240 F.3d 383, 388 (4th Cir. 2001); *Belcher v. Oliver*, 898 F.2d 32, 34 (4th Cir. 1990). Therefore, for the reasons articulated by the Magistrate Judge in the R&R, Plaintiff's claims are hereby **DISMISSED**.

**IT IS SO ORDERED**.

                                              *s/Terry L. Wooten*
                                              Terry L. Wooten
                                              Chief United States District Judge

June 27, 2017
Columbia, South Carolina